James M. Sullivan
ARENT FOX, LLP
1675 Broadway
New York, NY 10019
(212) 484-3900

*Attorneys for The Timken Company, The
Timken Corporation, and MPB Corporation
d/b/a Timken Super Precision*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, *et al.*, | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------x

| | | |
|---|---|---|
| DELPHI CORPORATION, *et al.,* | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| -against- | : | Adv. Pro. No. 07-02688 (RDD) |
| | : | |
| TIMKEN, TIMKEN COMPANY, TIMKEN | : | |
| CORPORATION, TIMKEN FRANCE SAS, | : | |
| and TIMKEN SUPER PRECISION, | : | |
| | : | |
| Defendants. | : | |

---------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                  ) ss:
COUNTY OF NEW YORK  )

       NOVA A. CONSTANTINO, being sworn, deposes and says:

    1. Deponent is not a party to this action, is over eighteen years of age, and resides in Kings County, New York.

    2. On July 6, 2010, I served a copy of the *Memorandum of Law in Support of Motion Seeking an Order (I) Pursuant To Fed. R. Civ. P. 60 And Fed. R. Bankr. P. 9024 Vacating Prior*

NYC/493418.1

*Orders Establishing Procedures For Certain Adversary Proceedings, Including Those Commenced By The Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548, Or 549, And Extending The Time To Serve Process For Such Adversary Proceedings; (II) Pursuant To Fed. R. Civ. P. 12(b) And Fed. R. Bankr. P. 7012 Dismissing This Adversary Proceeding With Prejudice; (III) In The Alternative, Dismissing This Adversary Proceeding On The Ground Of Judicial Estoppel; (IV) In The Alternative, Dismissing This Adversary Proceeding On The Ground Of Laches* [Docket No. 20351 and Adv. Docket No. 36] upon the parties on the attached Service List by depositing true copies thereof, enclosed in a postage paid, properly addressed envelope, bearing the return business address of the undersigned, in an official depository under the exclusive care and custody of the United States Postal Service within the city and state of New York.

                                                                              */s/ Nova A. Constantino*
                                                                              Nova A. Constantino

Sworn to before me this
6th day of July, 2010.

      */s/ Susan E. Mackey*
Notary Public, State of New York
Authorized in New York State
Commission Expires 8/7/2010
Registration #01MA6150724

# **SERVICE LIST**

The Honorable Robert D. Drain
U.S. Bankruptcy Court
300 Quarropas Street
White Plains, NY 10601-4140

Counsel for the Debtors
John Wm. Butler Jr., Partner
John K. Lyons, Partner
Ron E. Meisler, Partner
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive
Suite 2700
Chicago, IL 60606

Counsel for Plaintiffs
Barry N. Seidel
Eric B. Fisher
Cynthia J. Haffey
BUTZEL LONG
380 Madison Avenue, 22nd Floor
New York, New York 10017

NYC/493418.1